STATE, EX REL., MOUNT PLEASANT CEMETERY COMPANY, v. PATERSON, NEWARK AND NEW YORK RAILROAD COMPANY, AND NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY.

In error to the Supreme Court.   For opinion of the Supreme Court, see 14 *Vroom* 505.

For the plaintiff in error, *J. W. Taylor*.

For the defendant in error, *Cortlandt Parker*.

PER CURIAM. The opinion of the court below is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, MAGIE, PARKER, SCUDDER, COLE, GREEN, PATERSON, WHITAKER. 11.

*For reversal*—None.